IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYSTEM STORMSEAL PTY LTD., and STORMSEAL USA, LLC, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-391-JRG |
| SRS DISTRIBUTION, INC., | § § | |
| *Defendant*. | § § | |

### ORDER

Before the Court is the Stipulation of Dismissal (Dkt. No. 30) filed by Plaintiffs System Stormseal Pty. Ltd. and Stormseal USA, LLC and Defendant SRS Distribution, Inc. In the Stipulation, the parties agree to dismiss the above-captioned case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS** and **ACKNOWLEDGES** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

Jun 16, 2025

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE